THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD ARNOLD BUSH,
    Plaintiff,

vs.

WEXFORD HEALTH PROFESSIONAL
SERVICES; BUTLER COUNTY PRISON,
    Defendants.

Civil Action No. 13-1576
Judge Arthur J. Schwab/
Magistrate Judge Maureen P. Kelly

## ORDER

AND NOW, this 23rd day of January, 2014, after the Plaintiff, Richard Arnold Bush, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until January 21, 2014, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that, pursuant to screening provisions of the Prison Litigation Reform Act, the Complaint is dismissed before being served upon the Defendants because the Complaint is barred by the doctrine of res judicata.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

ARTHUR J. SCHWAB
United States District Judge

1

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Richard Arnold Bush
#27761
Butler County Prison
202 South Washington Street
Butler, PA 16001